IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBRA DORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:04-0299 |
| ) | Judge Trauger |
| DELL PRODUCTS, L.P., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On June 7, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that the defendant's Motion for Summary Judgment (Docket No. 36) be granted. (Docket No. 52) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion for Summary Judgment (Docket No. 36) is **GRANTED**, and this case is **DISMISSED**.

It is so **ORDERED.**

Enter this 26th day of June 2006.

_____
ALETA A. TRAUGER
U.S. District Judge